## ATTACHMENT B

### Particular Things to be Seized

**I.   Information to be disclosed by Facebook**

To the extent that the information described in Attachment A is within the possession, custody, or control of Facebook Inc. ("Facebook"), regardless of whether such information is located within or outside of the United States, including any messages, records, files, logs, or information that have been deleted but are still available to Facebook, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to disclose the following information to the government for each user ID listed in Attachment A:

(a)   All contact and personal identifying information, including **for the Facebook Account associated with** ▮▮▮▮▮▮▮▮ **(JUVEVNILE VICTIM)**, and bearing Facebook user ID **100055326781270;** full name, user identification number, birth date, gender, contact e-mail addresses, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers;

(b)   All photos and videos uploaded by that user ID and all photos and videos uploaded by any user that have that user tagged in them **October 1, 2020 to August 1, 2021**, including Exchangeable Image File ("EXIF") data and any other metadata associated with those photos and videos;

(c)   All records or other information regarding the devices and internet browsers associated with, or used in connection with, that user ID, including the hardware model, operating system version, unique device identifiers, mobile network information, and user agent string;

(d)  All other records and contents of communications and messages made or received by the user **October 1, 2020 to August 1, 2021**, including all Messenger activity, private messages, chat history, video and voice calling history, and pending "Friend" requests;

(e)  All "check ins" and other location information;

(f)  All IP logs, including all records of the IP addresses that logged into the account.

Facebook is hereby ordered to disclose the above information to the government within 7 days of issuance of this warrant.

## II. Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence, and instrumentalities of violations of Title 18, United States Code, Sections 1591(a)(1), 1594(c), and 2251(a) involving CALDWELL, MILLS AND RILEY, from **October 1, 2020 to August 1, 2021**, including, for each user ID identified on Attachment A, information pertaining to the following matters:

(a) Any and all communication between **JUVENILE VICTIM**, and the charged defendants, CALDWELL, MILLS, RILEY to include typed messages, audio messages, videos, and images pertaining to sex trafficking, crimes against children, and the sale and purchase of illegal drugs;

(b) Evidence indicating how and when the Facebook account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Facebook account owner.